## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSOCIATED BUILDERS & CONTRACTORS OF WESTERN PENNSYLVANIA, et. al.<br><br>         Plaintiffs,<br><br>    v.<br><br>COMMUNITY COLLEGE OF ALLEGHENY COUNTY, et. al.<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO:  2:20-cv-649<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT
## PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) BY THE PITTSBURGH REGIONAL BUILDING TRADES COUNCIL, AFL-CIO

Defendant Pittsburgh Regional Building Trades Council, AFL-CIO, respectfully moves this Court for an Order dismissing the First Amended Complaint in the above-captioned matter in its entirety, pursuant to Rule 12(b)(1), F.R.C.P., because Plaintiffs have failed to establish the Court's subject matter jurisdiction, and pursuant to Rule 12(b)(6), F.R.C.P., because Plaintiffs have failed to state any claims upon which relief may be granted.  The reasons supporting this Motion are set forth in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully Submitted,

/s/ Victoria L. Bor
Victoria L. Bor, Esquire
DC 288852
Jonathan D. Newman, Esquire
DC 449141
Sherman Dunn, P.C.
900 Seventh Street, N.W.  Suite 1000
Washington, D.C.  20001
202/785-9300

                                              Joshua M. Bloom, Esquire
                                              PA 78072
                                              Joshua Bloom & Associates, P.C.
                                              3204 Grant Building
                                              310 Grant Street
                                              Pittsburgh, PA 15219
                                              412/288-6000

                                              *Counsel for Defendant Pittsburgh Regional*
                                              *Building Trades*

August 24, 2020