**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Associated Builders & Contractors of<br>Western Pennsylvania; Arrow Electric Inc.;<br>Hampton Mechanical Inc.; Lawrence<br>Plumbing LLC; R.A. Glancy & Sons Inc.;<br>Westmoreland Electric Services LLC;<br>Gregory H. Oliver Jr.; Daniel Vincent<br>Glancy; Robert L. Casteel; Jason Phillip<br>Boyd; Robert A. Glancy IV, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-649-WSH |
| Community College of Allegheny County;<br>Quintin B. Bullock, in his official capacity<br>as President of the Community College of<br>Allegheny County; Pittsburgh Regional<br>Building Trades Council, | ) ) ) ) ) ) | |
| Defendants. | ) | |

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Associated Builders & Contractors of<br>Western Pennsylvania; Hampton<br>Mechanical Inc., Lawrence Plumbing LLC,<br>and R.A. Glancy & Sons Inc., as individuals<br>and on behalf of others similarly situated;<br>Robert L. Casteel; Anthony Scarpine,<br>as individuals and on behalf of others<br>similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1933-WSH |
| Plum Borough; Pittsburgh Regional<br>Building Trades Council, | ) ) ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, the Court, in its Orders dated March 25, 2022 (Civil Action No. 20-649, Docket No. 79; Civil Action No. 20- 1933, Docket No. 35), having granted in part and denied in part the Joint Motion to Dismiss Consolidated Complaints Pursuant to F.R.C.P. 12(b)(1) and 12 (b)(6), having ordered Plaintiffs to file amended complaints by April 25, 2022, and having ordered that if Plaintiffs fail to file amended complaints by that date then their first, second, and third Claims for Relief will be dismissed with prejudice, and their fourth Claims for Relief, alleging violations of state law, will be dismissed without prejudice to their ability to bring those claims in state court, and Plaintiffs having failed to file amended complaints,

IT IS HEREBY ORDERED that Plaintiffs' first, second, and third Claims for Relief are dismissed with prejudice, and their fourth Claims for Relief, alleging violations of state law, are dismissed without prejudice to their ability to bring those claims in state court.

IT IS FURTHER ORDERED that final judgment will be entered in these cases, and the Clerk shall mark these cases closed.

Appropriate Judgments follow.

Dated: April 29, 2022

/s/ W. Scott Hardy
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record